IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03224-WYD-MEH

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.245.8.8,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2014.**

    A letter filed by the Defendant and construed by the Court as a Motion to Quash Subpoena [filed December 24, 2014; docket #11] is **denied without prejudice** for the following reasons.

    First, from the content of the motion, the Court infers that Defendant seeks to proceed in this litigation anonymously. However, he has failed to properly seek permission from the Court to do so. *See K-Beech, Inc. v. Does 1-29*, 826 F. Supp. 2d 903, 905 (W.D.N.C. 2011) (noting that a party who wishes to proceed anonymously may overcome the presumption against anonymous proceedings by filing a well-reasoned motion to proceed anonymously); *see also West Coast Prods., Inc. v. Does 1-5829*, 275 F.R.D. 9, 12 (D.D.C. 2011) ("federal courts generally allow parties to proceed anonymously only under certain special circumstances when anonymity is necessary to protect a person from harassment, injury, ridicule or personal embarrassment"). Therefore, if Defendant wishes to re-file his motion to quash subpoena in accordance with this order and all applicable local and federal court rules, he may do so **on or before January 15, 2015** and must first (or contemporaneously) file a motion to proceed anonymously in accordance with Rule 11(a).

    Next, the Court will accept the present letter as a "supplement" to the motion containing his name, address, and telephone number.[1] However, if Defendant wishes to keep this supplement (containing his identifying information) confidential, he may file a motion to maintain the supplement under restriction pursuant to the procedure set forth in D.C. Colo. LCivR 7.2.

    The Clerk of the Court is directed to mail a copy of this order to the Defendant at the address found in docket #11. Please remember that the Court may strike any motion or other filing that

---

    [1]In addition to compliance with Rule 11, the Court also notes the necessity of having such information for the proper and efficient management of its docket.

deviates from the requirements of this order or from those set forth in the applicable local or federal rules.